United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Altagracia Banuchi, as personal representative of the estate of Edward Blanton Foster III, and on behalf of the survivors of the estate, E.F., J.F., A.D.F., N.F., M.F., and A.B.F., Plaintiff, <br><br> v. <br><br> City of Homestead and Anthony Green, Defendants. | ) ) ) ) ) ) ) Civil Action No. 20-25133-Civ-Scola ) ) ) ) ) |

## Order Adopting Magistrate Judge's Report and Recommendations

This matter was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendations on Defendants' City of Homestead and Anthony Green's motion to tax costs (Defs.' Mot., ECF No. 97) and Plaintiff Altagracia Banuchi, as personal representative of the estate of Edward Blanton Foster III, and on behalf of the survivors of the estate, E.F., J.F., A.D.F., N.F., M.F., and A.B.F.'s motion seeking a stay of the Court's ruling on costs (Pl.'s Mot., ECF No. 105). Judge Goodman issued a report, recommending that the Court (1) grant in part and deny in part the Defendants' motion and award them $6,078.07 in costs; and (2) deny the Plaintiff's request for a stay. (Rep. & Recs., ECF No. 110.) The Plaintiff has filed objections, as to both of Judge Goodman's recommendations. (Pl.'s Objs., ECF No. 112.) The Defendants, in turn, have responded to the Plaintiff's objections. (Defs.' Resp., ECF No. 113.) After review, the Court **overrules** the Plaintiff's objections (**ECF No. 112**).

The Plaintiff does not single out any specific objection she has to Judge Goodman's report and recommendations and instead merely reargues points she raised in seeking a stay and opposing the Defendants' motion or raises issues she should have addressed before Judge Goodman in the first instance. Despite the deficiencies in the Plaintiff's objections, the Court has nonetheless considered Judge Goodman's report on a de novo basis and finds it cogent and compelling. Judge Goodman carefully evaluated the Defendants' costs briefing, finding Defendants certainly entitled to costs, as the prevailing party, but scrutinizing their request, reducing the costs awarded by $1,752.96, based on items he found not taxable. Accordingly, the Court **adopts** Judge Goodman's report and recommendations (**ECF No. 110**) in its entirety, and thus **denies** the Plaintiff's motion for a stay (**ECF No. 105**) and **grants in part and denies in**

**part** the Defendants' motion to tax costs (**ECF No. 97**). Consistent with the report, the Court awards **$6,078.07** in taxable costs, plus interest from the date of final judgment, to the Defendants, to be paid by the Plaintiff.

**Done and ordered** at Miami, Florida on March 20, 2023.

_____
Robert N. Scola, Jr.
United States District Judge